1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RONALD J. HERISKO, | ) | Case No. EDCV 13-00136-VAP (OPx) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **JUDGMENT AS TO DEFENDANT DESERT REGIONAL MEDICAL CENTER (ERRONEOUSLY SUED AS TENET HEALTHCARE SYSTEM DESERT INC., D/B/A DESERT REGIONAL MEDICAL CENTER)** |
| v. | ) | |
| | ) | |
| TENET HEALTHCARE SYSTEM DESERT INC., D/B/A DESERT REGIONAL MEDICAL CENTER, CEP AMERICA, DIMPLE AGARWAL, M.D., RONALD B. HIMELMAN, M.D., AND DOES 1 THROUGH 10, INCLUSIVE, | ) ) ) ) ) ) ) | |
| Defendants. | | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Desert Regional Medical Center (erroneously sued as Tenet Healthcare System Desert Inc., d/b/a Desert Regional

1  Medical Center) is DISMISSED WITH PREJUDICE.  The Court
2  orders that such judgment be entered.
3
4
5
6
7  Dated: April 11, 2013             /s/ Virginia A. Phillips
                                     VIRGINIA A. PHILLIPS
8                                    United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2