UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HERISKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TENET HEALTHCARE SYSTEM DESERT INC., D/B/A DESERT REGIONAL MEDICAL CENTER, CEP AMERICA, DIMPLE AGARWAL, M.D., RONALD B. HIMELMAN, M.D., AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. EDCV 13-00136-VAP (OPx)<br><br>**JUDGMENT AS TO DEFENDANT CEP AMERICA** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against CEP America is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>April 16, 2013</u>

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge